# NO. 12-09-00416-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ANDREA TURZA AND PATRICIA TURZA, APPELLANTS* | *§* | *APPEAL FROM THE* |
| *V.* | *§* | *COUNTY COURT AT LAW NO. 3* |
| *JASON CAMPBELL, INDIVIDUALLY AND JASON CAMPBELL CUSTOM HOMES, INC., APPELLEES* | *§* | *OF SMITH COUNTY, TEXAS* |

***MEMORANDUM OPINION***
***PER CURIAM***

Appellants, Andrea Turza and Patricia Turza, have filed a motion to dismiss this appeal. In their motion, they state that they no longer wish to pursue the appeal. Because Appellants have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed.

Opinion delivered December 16, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)